UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY ANN INGRAM, as Executrix of the Estate of ADA ERLE CHURCH and Personal Representative of ADA ERLE CHURCH,<br><br>      Plaintiff,<br><br>vs.<br><br>WYETH, INC. et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:15-cv-00592-WHA-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED CONSENT TO REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Upsher-Smith Laboratories, Inc., through undersigned counsel, hereby notifies the Court of its consent to the removal of the state-court action entitled *Mary Ann Ingram, as Executrix of the Estate of Ada Erle Church and Personal Representative of Ada Erle Church v. Wyeth, Inc. et al.*, Case No. 03-CV-2015-901088.00, filed in the Circuit Court of Montgomery County, Alabama, and joins in the notice of removal filed by Defendants Wyeth LLC and Pfizer Inc. on August 13, 2015.

DATED: August 14, 2015    Respectfully submitted,

                 /s/ Walter J. Price III
               Walter J. Price III, ASB-0127-C66W
               HUIE, FERNAMBUCQ & STEWART
               2801 Highway 280 South
               Suite 200
               Birmingham, Alabama 35223-2484
               Tel: 205.251.1193
               Fax: 205.251.1256
               wprice@huielaw.com

Mark C. Hegarty, Mo. Bar No. 40995
(*pro hac vice* application forthcoming)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.421.5547
mhegarty@shb.com

*Attorneys for Defendant Upsher-Smith Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following attorneys and mailing the document via U. S. Mail to the attorneys who are non-participants to the E-File system:

Alan T. Hargrove, Jr., Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
*Attorney for Defendants Wyeth, Inc.,*
*Wyeth Pharmaceuticals, Inc.,*
*Pfizer, Inc., Pfizer, Inc. f/k/a Wyeth, Inc.,*
*and Wyeth, LLC*
ath@rushtonstakely.com

Christopher G. Campbell, Esq.
DLA Piper, LLP
1201 West Peachtree Street; Suite 2800
Atlanta, GA  30309
*Attorney for Defendants Wyeth, Inc.,*
*Wyeth Pharmaceuticals, Inc.,*
*Pfizer, Inc., Pfizer, Inc. f/k/a Wyeth, Inc.,*
*and Wyeth, LLC*

Jamie A. Johnston, Esq.
Jamie A. Johnston, P.C.
401 Madison Ave.
P.O. Box 598512
Montgomery, Alabama 36104
*Attorney for Plaintiff*
Jamie@jjohnstonpc.com

Harlan I. Prater, Esq.
Brian P. Kappel, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
hprater@lightfootlaw.com
bkappel@lightfootlaw.com
*Attorneys for Eon Labs, Inc. and Sandoz, Inc*

Lori G. Cohen, Esq.
Sara K. Thompson, Esq.
Greenberg Traurig LLP
3333 Piedmont Rd – Terminus 200
Suite 2500
Atlanta, GA  30305
cohenl@gtlaw.com
thompsons@gtlaw.com
*Attorneys for Eon Labs, Inc. and Sandoz, Inc*

                    */s/ Walter J. Price, III*
                    Of Counsel