UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY ANN INGRAM, as Executrix of the Estate of ADA ERLE CHURCH and Personal Representative of ADA ERLE CHURCH, deceased,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER, INC.; PFIZER, INC. f/k/a WYETH, INC.; WYETH LLC; SANDOZ INC. f/k/a GENEVA PHARMACEUTICALS, INC.; EON LABS, INC. f/k/a EON LABS MANUFACTURING, INC.; UPSHER-SMITH LABORATORIES, INC.; WYETH, INC. f/k/a WYETH COMPANY f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETHAYERST LABORATORIES COMPANY; TARO PHARMACEUTICALS USA, INC.; RIVER REGION CARDIOLOGY ASSOCIATES; DR. PERVAIZ A. MALIK; DR. MOHAMMAD IRFAN; FICTITIOUS DEFENDANTS A-Z,<br><br>Defendants. | Case 2:15-CV-00592-MHT |

**JOINDER OF TARO PHARMACEUTICALS USA, INC. IN MOTION TO SEVER**

Defendant Taro Pharmaceuticals, U.S.A., Inc. ("Taro USA"), by and through its counsel, hereby joins in Wyeth Defendants' Motion to Sever [Docket No. 15] and adopts and incorporates by reference, as though set forth herein, the arguments and authorities cited therein.

Dated: September 18, 2015

/s/ *Carroll H. Sullivan*
Carroll H. Sullivan (ASB-8646-I58C)
Carter R. Hale (ASB-9713-R80H)
Scott Sullivan Streetman & Fox, PC
2540 Valleydale Road
Birmingham, AL 35244
Tel: 215-433-1346
csullivan@scottsullivanlaw.com
chale@scottsullivanlaw.com

Kathleen E. Kelly (Bar#637394)
Geoffrey M. Coan (Bar#641998)
Hinshaw & Culbertson, LLP
28 State Street, 24th Fl
Boston, MA 02109
Tel: 617-213-7000
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com


*Attorneys for Defendant Taro Pharmaceuticals, U.S.A., Inc.*

- 1 -

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 18th day of September, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants who are counsel of record in this case.

Jamie A. Johnston, Esq.
JAMIE A. JOHNSTON, P.C.
401 Madison Avenue
Montgomery, Alabama 36104
Email: jamie@jjohnstonpc.com
***Attorney for Plaintiff***

Alan T. Hargrove, Jr., Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101
Email: ath@rushtonstakely.com
***Attorney for Defendants Wyeth, Inc. Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pfizer, Inc. f/k/a Wyeth, Inc., and Wyeth, LLC***

Christopher G. Campbell, Esq.
Ann M. Byrd, Esq.
DLA Piper, LLP
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
***Attorneys for Defendants Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pfizer, Inc. f/k/a Wyeth, Inc., and Wyeth, LLC***

Harlan I. Prater, Esq.
Brian P. Kappel, Esq.
Lightfoot, Franklin & White, LLC
400 20th Street North
The Clark Building
Birmingham, Alabama 35203-3200
Email: hprater@lightfootlaw.com
Email: bkappel@lightfootlaw.com
***Attorneys for Eon Labs, Inc. and Sandoz, Inc.***

34552154v1 0977024

Lori G. Cohen, Esq.
Sara K. Thompson, Esq.
Greenberg Traurig LLP
3333 Piedmont Road – Terminus 200
Suite 2500
Atlanta, Georgia 30305
Email: cohenl@gtlaw.com
Email: thompsons@gtlaw.com
***Attorneys for Eon Labs, Inc. and Sandoz, Inc.***

Walter J. Price, III, Esq.
Huie, Fernambucq & Stewart LLP
2801 Highway 280 South, Suite 200
Three Protective Center
Birmingham, Alabama 35223-2484
Email: wprice@huielaw.com
***Attorney for Upsher-Smith Laboratories, Inc.***

Mark C. Hegarty, Esq.
Shook, Hardy & Bacon, LLC
2555 Grand Boulevard
Kansas City, Missouri 64108
Email: mhegarty@shb.com
***Attorney for Upsher-Smith Laboratories, Inc.***

James Eugene Williams, Esq.
Melton Espy & Williams, PC
255 Dexter Avenue
Montgomery, Alabama 36104
Email: jwilliams@mewlegal.com
***Attorney for Mohammad Irfan***

Edward Hamilton Wilson, Jr., Esq.
Ball Ball Matthews & Novak, PA
PO Box 2148
Montgomery, Alabama 36102
Email: hwilson@ball-ball.com
***Attorney for River Region Cardiology Associates & Pervaiz A. Malik***

*/s/ Carter R. Hale*
COUNSEL FOR SAID DEFENDANT

34552154v1 0977024